```
 1  ROBERT A. HESSLING (State Bar No. 96466)
    rhessling@gmail.com
 2  MATTHEW F. KENNEDY (State Bar No. 199485)
    matthewfkenn@gmail.com
 3  ROBERT A. HESSLING, APC
    3853 Meadow Park Lane
 4  Torrance, California
    Telephone: (310) 375-0255
 5  Facsimile:  (310) 373-5152

 6  General Counsel for
    Plaintiff, Jason M. Rund,
 7  Chapter 7 Trustee
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUNG MIN KIM,<br><br>    Debtor.<br>_____<br>JASON M. RUND, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>ESTHER YOON, an individual; and SUNG MIN KIM, an individual,<br><br>    Defendants.<br>_____ | Case No. 2:18-bk-14574-BR<br><br>Chapter 7<br><br><br><br>Adv. No. 2:18-ap-01385-BR<br><br>**DECLARATION OF ROBERT A. HESSLING RE SERVICE OF:**<br>**(1) COMPLAINT;**<br>**(2) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; AND**<br>**(3) NOTICES**<br><br>Status Conference<br>Date:  January 29, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom "1668"<br>        255 E. Temple St.<br>        Los Angeles, CA |

I, Robert A. Hessling, declare:

1.    I am admitted to practice before this Court and am the principal of Robert A. Hessling, APC, the general counsel for plaintiff Jason M. Rund, the Chapter 7 Trustee of the estate of Sung Min Kim.

///

2. I have personal knowledge of the facts in this declaration and, if called as a witness, could testify competently to these facts.

3. On November 29, 2018, 2018, I served true and correct copies of the documents entitled: (A) Complaint for: (1) Avoidance and Recovery of Fraudulent Transfer; (2) Declaratory Relief; (3) Authorization to Sell Real Property Free and Clear of Interest; (4) Turnover of Possession of Real Property; and (5) Disallowance of Debtor's Homestead Exemption (Adversary Docket, No. 1, filed 11/27/18); (2) Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1] (Adversary Docket, No. 2-1, filed 11/28/18); (3) a one-page Notice regarding continuances, settlements, and sanctions for the failure to timely prepare for status and pre-trial conferences (Adversary Docket, No. 2, filed 11/28/18); and (4) two one-page notices, one of which is in English and is entitled "Free Legal Help" and the other of which is in Spanish and is entitled "Ayuda Legal Gratuita" (Adversary Docket, No. 2, filed 11/28/18), on the following judge in chambers in the form and manner required by LBR 5005-2(d) and upon the following persons and/or entities at the last known addresses in this adversary proceeding by placing true and correct copies thereof in sealed envelopes in the United States mail, first class, postage prepaid, and addressed as follows:

<u>Debtor and Defendant</u>
Sung Min Kim
24010 Amphora Pl
Valencia, CA 91354-1852

<u>Defendant</u>
Esther Yoon
24010 Amphora Pl
Valencia, CA 91354-1852

<u>Presiding Judge's Copy</u>
Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

2

1 | <u>Debtor's Counsel</u>
2 | Jaenam J. Coe
2 | Law Offices of Jaenam Coe PC
3 | 3731 Wilshire Blvd., Suite 910
4 | Los Angeles, CA 90010

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2018 at Torrance, California.

_____
ROBERT A. HESSLING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3853 Meadow Park Lane, Torrance, CA 90505.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROBERT A. HESSLING RE SERVICE OF: (1) COMPLAINT; (2) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; AND (3) NOTICES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 29, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Trustee's Counsel   Robert A Hessling   rhessling@gmail.com
Trustee   Jason M Rund (TR)   trustee@srlawyers.com, jrund@ecf.epiqsystems.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On November 29, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor and Defendant
Sung Min Kim
24010 Amphora Pl
Valencia, CA 91354-1852

Defendant
Esther Yoon
24010 Amphora Pl
Valencia, CA 91354-1852

Presiding Judge's Copy
Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

Debtor's Counsel
Jaenam J. Coe
Law Offices of Jaenam Coe PC
3731 Wilshire Blvd., Suite 910
Los Angeles, CA 90010

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 29, 2018 | Robert A. Hessling | */s/ Robert A. H.* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE